IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LARRY DALLAM, | ) | |
| Petitioner, | ) | |
| | ) | Civil Action No. 12-1410 |
| vs. | ) | |
| | ) | Judge Arthur J. Schwab/ |
| LOUIS S. FOLINO, | ) | Magistrate Judge Maureen P. Kelly |
| Respondent. | ) | |

# **ORDER**

The above-captioned Section 2254 *habeas* petition was filed *pro se* by Larry Dallam, who was, at the time of initiating this case, incarcerated in the State Correctional Institution at Greene. The case was referred to Magistrate Judge Maureen Kelly in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Civil Rules 72.C and D.

Magistrate Judge Kelly's Report and Recommendation, ECF No. 5, filed on November 1, 2011, recommended that the petition be dismissed pre-service pursuant to Rule 4 because the *habeas* petition attacked the conditions of Petitioner's confinement rather than his conviction or sentence. A copy of the Report was sent to Petitioner at his address of record and Petitioner was informed that he had until November 19, 2012, by which to file objections to the Report. Petitioner did not file any objections.

Accordingly, after *de novo* review of the Report and the record of this case, this Court hereby **ORDERS** that the Report is adopted and further **ORDERS** the Petition be dismissed

pre-service for failing to state a claim that is cognizable in *habeas* proceedings.   To the extent needed, a certificate of appealability is **DENIED**.   The Clerk is to mark the case closed.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:     The Honorable Maureen P. Kelly
        United States Magistrate Judge


        Larry Dallam
        BB-6231
        SCI Greene
        175 Progress Drive
        Waynesburg, PA 15370